## 41077. ADCOCK v. THE STATE.
(322 SE2d 61)

SMITH, Justice.

The Court of Appeals opinion, in *Adcock v. State,* 170 Ga. App. 753 (318 SE2d 492) (1984), is affirmed.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 26, 1984.

*Vaughan & Tilley, David N. Vaughan, Jr., Velma C. Tilley,* for appellant.

*Darrell E. Wilson, District Attorney, Joseph L. Chambers,* for appellee.